# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CARNEIL J. EDMOND,** **AIS 234999,** | : |
| | : |
| Petitioner, | |
| | : |
| vs. | CA 06-0789-CG-C |
| | : |
| **GWENDOLYN C. MOSELEY,** | |
| | : |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 24, 2007, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 11th day of October, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE