IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARNEIL J. EDMOND,  :
AIS 234999,
 :
    Petitioner,
 :
vs.      CA 06-0789-CG-C
 :
GWENDOLYN C. MOSELEY,
 :
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE and ORDERED** this 11th day of October, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE